UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KLYDE GEBELEIN,
H4129 State Highway 13
Colby, WI 54421,                                    Case No.:

        Plaintiff,

  vs.

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY,
4785 Hayes Road, # 200
Madison, WI 53704

SECURITY HEALTH PLAN
ADVOCARE,
1515 Saint Joseph Avenue
Marshfield, WI 54449-8000,

   and

TROY DEILER,
DEPUTY OF MARATHON COUNTY
SHERIFF'S DEPARTMENT,
500 Forest Street
Wausau, WI 54403,

        Defendants.

---

### AFFIDAVIT OF MATTEO REGINATO

---

STATE OF WISCONSIN    )
                              ) ss
WAUKESHA COUNTY    )

    MATTEO REGINATO, being first duly sworn on oath, deposes and states as follows:

    1.    I am an adult resident of the State of Wisconsin and make this Affidavit on personal information and belief.

2. I am one of the attorneys representing Wisconsin Municipal Mutual Insurance Company and Troy Deiler in the above-captioned matter and I make this declaration in support of their Notice of Removal.

3. On May 12, 2016, Plaintiff filed a Summons and Complaint in the Circuit Court for Clark County, Wisconsin. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

4. On July 8, 2016 Wisconsin Municipal Mutual Insurance Company and Troy Deiler filed their Answer and Affirmative Defenses in the Circuit Court for Clark County, Wisconsin, and served all parties who appeared in Case No. 16-CV-73. A true and correct copy of the Answer and Affirmative Defenses is attached hereto as Exhibit B.

5. All defendants who have appeared have consented to removal.

    Pursuant to 28 U.S.C. Sec. 1746 I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on the 8th day of July, 2016.

    BY:  /s/ Matteo Reginato
    MATTEO REGINATO